(946 P.2d 113)
No. 77,599

ATCHISON HOMELESS SHELTERS, INC., *Appellant*, v. THE
COUNTY OF ATCHISON, KANSAS, *Appellee*.

Opinion filed
October 10, 1997.

*Rev. Don Lockhart, Patricia A. Lockhart,* and *LaChelle Lockhart,* pro se, for appellant.

*Leonard L. Buddenbohm,* of Atchison, for appellee.

Before KNUDSON, P.J., STEPHEN D. HILL, District Judge, assigned, and PAUL E. MILLER, District Judge, assigned.

HILL, J.: Atchison Homeless Shelters, Inc., is a corporation which has filed this appeal from an order awarding sanctions against it for filing a frivolous claim in the district court of Atchison County. No attorney has entered an appearance for the appellants in this appeal.

Except for out-of-state attorneys, the Supreme Court recognizes only four categories of individuals who may appear in the courts of this state: (1) members of the bar who have licenses to practice law; (2) individuals who have graduated from an accredited law school and have a temporary permit to practice law; (3) legal interns, who are law students supervised by members of the bar responsible for the interns' activities; and (4) nonlawyers, who may

represent only themselves and *not others. State ex rel. Stephan v. Adam,* 243 Kan. 619, 623, 760 P.2d 683 (1988); see *State ex rel. Stephan v. Williams,* 246 Kan. 681, 690-91, 793 P.2d 234 (1990).

This means, therefore, that corporations can only be represented in Kansas courts by an attorney duly licensed to practice law in Kansas. Kansas follows the common-law rule that an appearance in court of a corporation by an agent other than a licensed attorney is not proper since a corporation is an artificial entity without the right of self-representation. Such a rule helps to maintain a distinction between the corporation and its directors and employees. See 8 A.L.R.5th 653, § 3. This rule was tacitly acknowledged in dicta in *U.P. Railway Co. v. McCarty,* 8 Kan. 125, 131 (1871), and *U.P.R.W. Co. v. Horney,* 5 Kan. 340, 347 (1870).

Since Atchison Homeless Shelters, Inc., does not lawfully appear in this proceeding, its appeal is not properly before this court, and this appeal is dismissed.

Appeal dismissed.